# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WEALTH ASSISTANTS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:24-cv-00040 |
| | ) |
| THREAD BANK, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's June 13, 2024 Order (ECF No. 33), Plaintiff Wealth Assistants LLC and Defendant Thread Bank (collectively, the "Parties") submit this joint status report.

To date, there has been no filing for arbitration under the administration of the Judicial Alternatives and Mediation Services ("JAMS") pursuant to the Parties' arbitration agreement. On October 23, 2024, a Motion to Withdraw as Counsel was filed on behalf of Plaintiff (ECF No. 48).

The Parties will submit their next status report no later than December 30, 2024.

Dated:  October 29, 2024

By: */s/ Matthew Q. Verdin*
    Matthew Q. Verdin
    Attorney-in-charge
    CA State Bar No. 306713
    S.D. Texas Bar No. 3872939
    COVINGTON & BURLING LLP
    Salesforce Tower
    415 Mission Street, Suite 5400
    San Francisco, California 94105-2533
    Telephone: (415) 591-6000
    Facsimile: (415) 591-6091
    Email: mverdin@cov.com

*Counsel for Defendant Thread Bank*

Respectfully submitted,

By: */s/ Elizabeth Revere*
    Elizabeth Revere
    Attorney-in-charge
    Texas Bar No. 00791513
    S.D. Texas Bar No. 18329
    LLOYD & MOUSILLI, PLLC
    11807 Westheimer Road
    Suite 550 PMB 944
    Houston, Texas 77077
    Telephone: (512) 609-0059
    Facsimile: (281) 783-8565
    Email: disputes@lloydmousilli.com

*Counsel for Plaintiff Wealth Assistants LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on October 29, 2024, by the Court's CM/ECF system on all parties entitled to notice.

>*/s/ Matthew Q. Verdin*
>Matthew Q. Verdin