IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN PAUL BUSTAMANTE, STEVEN PAUL, MICHAEL WHITTEN, JOHN MOORE, and CHRISTOPHER TAWIL<br>    *Intervenors*<br><br>v.<br><br>WEALTH ASSISTANTS LLC<br>    *Plaintiff,*<br>v.<br><br><br>THREAD BANK,<br>    *Defendant.* | CIVIL CASE NO.<br>4:24-CV-00040<br>JURY DEMANDED |

### INTERVENORS' AND PLAINTIFFS' WEALTH ASSISTANTS LLC'S STIPULATION TO DISMISS INTERVENORS' COMPLAINT WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Intervenors and Wealth Assistants LLC hereby stipulate to dismissing all claims brought by Intervenors against Wealth Assistants LLC. The dismissal is without prejudice.

Dated: February 21, 2025.

Respectfully submitted,

By: /s/ *Nico Banks*
JOSHUA STEIN*
Texas Bar: 24079392
US District Court S.D. Texas: 3467353
PO Box 890022
Houston, Texas 77289
(713) 702-4585
Josh.Stein.Esq@Gmail.com
NICO BANKS, Esq.**
Tel.: 971-678-0036
nico@bankslawoffice.com

|  |  |
|---|---|
|  | 712 H St NE, Unit #8571,<br>Washington, DC 20002<br>*Attorney-In-Charge<br>**Admitted pro hac vice; signed with permission of attorney in charge<br>**COUNSEL FOR INTERVENORS** |
| Dated: February 21, 2025. | By: */s/ Elizabeth Revere*<br>ELIZABETH REVERE<br>State Bar No. 00791513<br>SDTX Bar No. 0018329<br>**LLOYD & MOUSILLI, PLLC**<br>11807 Westheimer Road<br>Suite 550 PMB 944<br>Houston, TX 77077<br>Tel: (512) 609-0059<br>Fax: (281) 783-8565<br>*disputes@lloydmousilli.com*<br>**ATTORNEYS FOR PLAINTIFF** |