# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WEALTH ASSISTANTS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:24-cv-00040 |
| ) | |
| THREAD BANK, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS COMPLAINT AND AMENDED COMPLAINT WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Wealth Assistants LLC[1] and Defendant Thread Bank hereby jointly move to dismiss the Complaint and Amended Complaint without prejudice as to all claims asserted by and between Plaintiff and Defendant.

Dated: April 8, 2025

Respectfully submitted,

By: */s/ Matthew Q. Verdin*
Matthew Q. Verdin
Attorney-in-charge
CA State Bar No. 306713
S.D. Texas Bar No. 3872939
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: mverdin@cov.com

*Counsel for Defendant Thread Bank*

By: */s/ Marc Douglas Myers*
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
Telephone: (713) 626-1200
Facsimile: (713) 623-6014
Email: mmyers@rossbanks.com

*Counsel for Randy W. Williams, Trustee*

---

[1] Subsequent to the filing of this lawsuit, Wealth Assistants, LLC changed its name to Yax Ecommerce, LLC. On November 25, 2024, Yax Ecommerce, LLC filed for voluntary Chapter 7 relief in Case No. 24-35548, *In re Yax Ecommerce, LLC*, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Randy W. Williams, is the duly appointed and serving Chapter 7 Trustee in the bankruptcy case.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on April 8, 2025, by the Court's CM/ECF system on all parties entitled to notice.

>*/s/ Matthew Q. Verdin*
>Matthew Q. Verdin